1    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
     BRUCE A. SCHEIDT, State Bar No. 155088
2    (bscheidt@kmtg.com)
     RONALD J. SCHOLAR, State Bar No. 187948
3    (rscholar@kmtg.com)
     CHRISTOPHER ONSTOTT, State Bar No. 225968
4    (constott@kmtg.com)
     400 Capitol Mall, 27th Floor
5    Sacramento, CA  95814
     Telephone:     (916) 321-4500
6    Facsimile:     (916) 321-4555

7    Attorneys for Defendants MARK J. SIEMENS,
     CARLOS A. URRUTIA, and CITY OF ROCKLIN
8
     LAW OFFICE OF MARY-ALICE COLEMAN
9    JAMES C. ASHWORTH, State Bar No. 151272
     (james.ashworth@lawofficemac.com)
10   1109 Kennedy Place, Suite 2
     Davis, CA 95616
11   Telephone:     (530) 758-4234
     Facsimile:     (916) 304-0880
12
     Attorneys for Plaintiff RICK EATON
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17   RICK EATON,                          CASE NO.  2:07-cv-00315-FCD-KJM

18              Plaintiff,

19   v.                                    **STIPULATION AND ORDER TO AMEND
                                           STATUS (PRETRIAL SCHEDULING)
20   MARK J. SIEMENS, an individual and in ORDER TO EXTEND DATES BY NINETY
     his capacity as Chief of Police, CARLOS DAYS**
21   A. URRUTIA, an individual and in his
     capacity as City Manager, CITY OF
22   ROCKLIN, a public municipality and
     public entity,
23
                Defendants.
24

25

26                              **STIPULATION**

27          This Stipulation ("Stipulation") is entered into by and between Plaintiff RICK EATON,

28   by and through his attorneys of record, and Defendants MARK J. SIEMENS, CARLOS A.

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

903420.1 9959.012                    - 1 -

STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER

URRUTIA, and CITY OF ROCKLIN (collectively, "Defendants"), by and through their attorneys of record.

1.     The parties hereto acknowledge and agree that an addition 90 days' time is needed to prepare this case for litigation beyond what the current schedule provides.  On September 22, 2008, this Court granted Plaintiff leave to file to amend to assert facts which meet constitutional standards of a class-based Equal Protection violation, specifically that Plaintiff is a member of a distinct group of employees who refused to participate in criminal activity and reported the illegal activity as mandated by law, and that this group was treated arbitrarily and unfairly in comparison to those other employees who participated in the illegal activities.

2.     On October 11, 2008, Plaintiff filed a 58-page First Amended Complaint ("FAC") containing 23 pages of additional allegations.  The FAC added more than 100 additional paragraphs of allegations (including sub-paragraphs) in support of his First Cause of Action under 42 U.S.C. § 1983 for violation of Equal Protection.  Plaintiff and Defendants agree they need additional time to explore the facts underlying each of Plaintiff's allegations contained in the FAC.

3.     On October 31, 2008, Defendants filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted [Fed. R. Civ. P. 12(b)(6)] and, Alternatively, to Strike Portions of Plaintiff's First Amended Complaint [Fed. R. Civ. P. 12(f)], in particular those related to the First Cause of Action.  At the time of filing this motion, Defendants were informed by this Court that the first available date to hear the motion is January 16, 2009.  This alone establishes good cause to amend the Status (Pretrial Scheduling) Order, which currently sets the date for all discovery to be completed (including any disputes relative to discovery to be resolved by appropriate order) to January 15, 2009, the day before the hearing on Defendants' Motion to Dismiss.  Accordingly, the pleadings will not even be resolved until after the current January 15, 2009 deadline to complete discovery has passed.

4.     The parties are diligently working on discovery and other litigation preparation work in this case.  Plaintiff and Defendants have responded to numerous sets of document requests propounded by each party.  During the parties' initial disclosures and throughout the

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

903420.1 9959.012                                    - 2 -

STIPULATION AND ORDER  TO AMEND PRETRIAL SCHEDULING ORDER

1  discovery process, approximately 10,000 pages of documents have been produced by both sides

2  to date.  More time is needed to conduct further depositions and discovery concerning these

3  documents.

4        5.      In addition, Defendants have propounded, and Plaintiff has responded to

5  interrogatories in this case.  Defendants have taken the depositions of five witnesses, and on

6  October 29, 2008, Magistrate Kimberly J. Mueller ordered that the time be extended to three days

7  for Plaintiff Rick Eaton's deposition to be taken.  Two more depositions are scheduled to take

8  place in the next two weeks.  Still, numerous witnesses remain to be deposed.  Plaintiff Rick

9  Eaton's Initial Disclosures under Fed. R. Civ. P. 26(a) identifies 70 potential witnesses in this

10  action.  Defendants' additional disclosures identify 12 witnesses.

11        6.      For the reasons stated above, the parties are working cooperatively to move this

12  case forward and seek more time to make sure that their claims and defenses are adequately

13  developed and presented in light of the sheer volume and magnitude of facts, witnesses, and

14  documents involved in this action.

15        7.      The parties therefore stipulate and respectfully submit to the Court that there is

16  good cause for the Court to order an extension of the dates set in this case, including the presently

17  set trial date of September 29, 2009, for approximately 90 days each.  (This stipulation is not

18  intended to affect the settlement conference, which is presently set for February 28, 2009.)

19        THE PARTIES HEREBY STIPULATE AS FOLLOWS:

20        1.      That the date previously set for discovery cutoff, January 15, 2009, shall be

21  extended to a date approximately 90 days later, April 15, 2009, or to such other date after January

22  15, 2009, as the Court may deem appropriate;

23        2.      That the date set previously for counsel to designate in writing, file with the court,

24  and serve upon all other parties the name, address, and area of expertise of each expert that they

25  propose to tender at trial, previously set for January 29, 2009, shall be extended to a date

26  approximately 90 days later, April 29, 2009, or such other date after January 29, 2009, as the

27  Court may deem appropriate;

28  . . .

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

903420.1 9959.012

- 3 -

STIPULATION AND ORDER  TO AMEND PRETRIAL SCHEDULING ORDER

3.      That the date set previously for counsel to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject, set previously for February 18, 2009, shall be extended to a date approximately 90 days later, May 19, 2009, or such other date after February 18, 2009, as the Court may deem appropriate.

4.      That the date set previously for completing expert discovery, March 18, 2009, shall be extended to a date approximately 90 days later, June 16, 2009, or to such other date after March 18, 2009, as the Court may deem appropriate.

5.      That the date currently set for hearing all dispositive motions, temporary restraining orders or emergency applications, May 29, 2009, shall be extended to a date approximately 90 days later, August 27, 2009, or to such other date after May 29, 2009, as the Court may deem appropriate;

6.      That the date previously set for the Final Pretrial Conference, July 31, 2009, at 1:30 p.m., shall be vacated and re-set to a date approximately 90 days later, on October 29, 2009, or to such other date after July 31, 2009, as the Court may deem appropriate;

7.      That the date previously set for the Jury Trial, September 29, 2009, shall be vacated and re-set to a date approximately 100 days later, January 7, 2009, or to such other date after September 29, 2009, as the Court may deem appropriate.

Dated:  November ___, 2008.          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                      A Law Corporation

                                      By ____/s/ Christopher Onstott_____
                                             CHRISTOPHER ONSTOTT
                                      Attorneys for Defendants MARK J. SIEMENS, CARLOS
                                      A. URRUTIA, and CITY OF ROCKLIN

Dated:  November ___, 2008.          LAW OFFICE OF MARY-ALICE COLEMAN

                                      By ____/s/ James C. Ashworth (as authorized on 11/7/08)____
                                             JAMES C. ASHWORTH
                                      Attorneys for Plaintiff RICK EATON

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

903420.1 9959.012                            - 4 -

STIPULATION AND ORDER  TO AMEND PRETRIAL SCHEDULING ORDER

1

**O R D E R**

2        IT IS HEREBY ORDERED that good cause having been shown, the Status (Pretrial

3   Scheduling) Order issued on March 17, 2008, is amended as follows:

4        1.        The discovery cutoff date of January 15, 2009, shall be extended to April 15, 2009.

5        2.        The deadline of January 29, 2009, set for counsel to designate in writing, file with

6   the court, and serve upon all other parties the name, address, and area of expertise of each expert

7   that they propose to tender at trial, shall be extended to April 29, 2009.

8        3.        The deadline of February 18, 2009, set for counsel to submit a supplemental list of

9   expert witnesses who will express an opinion on a subject covered by an expert designated by an

10  adverse party, if the party supplementing an expert witness designation has not previously

11  retained an expert to testify on that subject, shall be extended to May 19, 2009.

12       4.        The deadline of March 18, 2009, set for completing expert discovery, shall be

13  extended to June 16, 2009.

14       5.        The deadline of May 29, 2009, set as the last day for hearing all dispositive

15  motions, temporary restraining orders or emergency applications, shall be extended to **August 21,**

16  **2009**.

17       6.        The Final Pretrial Conference date of July 31, 2009, at 1:30 p.m., shall be vacated

18  and re-set to **October 30, 2009, at 1:30 p.m.**

19       **7.**       The Jury Trial date of September 29, 2009, shall be vacated and re-set to **January**

20  **12, 2010, at 9:00 a.m.**

21

Dated:  November 10, 2008

22

23                                              _____

                                                FRANK C. DAMRELL, JR.

24                                              UNITED STATES DISTRICT JUDGE

25

26

27

28

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

903420.1 9959.012                        - 5 -

STIPULATION AND ORDER  TO AMEND PRETRIAL SCHEDULING ORDER