KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
BRUCE A. SCHEIDT, State Bar No. 155088
(bscheidt@kmtg.com)
RONALD J. SCHOLAR, State Bar No. 187948
(rscholar@kmtg.com)
CHRISTOPHER ONSTOTT, State Bar No. 225968
(constott@kmtg.com)
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendants MARK J. SIEMENS,
CARLOS A. URRUTIA, and CITY OF ROCKLIN

LAW OFFICE OF MARY-ALICE COLEMAN
JAMES C. ASHWORTH, State Bar No. 151272
(james.ashworth@lawofficemac.com)
1109 Kennedy Place, Suite 2
Davis, CA 95616
Telephone: (530) 758-4234
Facsimile: (916) 304-0880

Attorneys for Plaintiff RICK EATON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK EATON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARK J. SIEMENS, an individual and in his capacity as Chief of Police, CARLOS A. URRUTIA, an individual and in his capacity as City Manager, CITY OF ROCKLIN, a public municipality and public entity,<br><br>　　　　　Defendants. | CASE NO. 2:07-cv-00315-FCD-KJM<br><br>**STIPULATION AND ORDER TO AMEND EXPERT DISCLOSURE/DISCOVERY DEADLINES** |

914803.1 9959.012

- 1 -

STIPULATION AND ORDER TO AMEND EXPERT DISCLOSURE DEADLINES

# **STIPULATION**

This Stipulation ("Stipulation") is entered into by and between Plaintiff RICK EATON, by and through his attorneys of record, and Defendants MARK J. SIEMENS, CARLOS A. URRUTIA, and CITY OF ROCKLIN (collectively, "Defendants"), by and through their attorneys of record.

1. The parties hereto acknowledge and agree that an additional 14 days are needed to disclose experts, prepare supplemental disclosures of experts, and complete expert discovery. This time is necessary because potentially relevant deposition transcripts of prior witnesses in the case have not been completed and finalized, and the parties have in good faith been completing and reviewing voluminous material gathered through the discovery process. This material includes thousands of pages of deposition and arbitration transcripts, and thousands of pages of exchanged documents. The parties have already completed all non-expert discovery, as scheduled, by April 15, 2009. Moreover, this extension will still allow for adequate time to finalize preparations for trial without extending the trial date, which is currently scheduled for January 12, 2010.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. That the date set previously for counsel to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial, previously set for April 29, 2009, shall be extended to a date 14 days later, May 13, 2009;

2. That the date set previously for counsel to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject, set previously for May 19, 2009, shall be extended to a date 14 days later, June 2, 2009.

///

///

///

914803.1 9959.012 - 2 -

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

STIPULATION AND ORDER TO AMEND EXPERT DISCLOSURE DEADLINES

3. That the date set previously for completing expert discovery, June 16, 2009, shall be extended to a date 14 days later, June 30, 2009.

4. All other dates shall remain the same.

Dated: April____, 2009     KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation

By _____
CHRISTOPHER ONSTOTT
Attorneys for Defendants MARK J. SIEMENS, CARLOS A. URRUTIA, and CITY OF ROCKLIN

Dated: April ____, 2009     LAW OFFICE OF MARY-ALICE COLEMAN

By _____
JAMES C. ASHWORTH
Attorneys for Plaintiff RICK EATON

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

# **O R D E R**

IT IS HEREBY ORDERED that good cause having been shown, the Amended Status (Pretrial Scheduling) Order issued on November 10, 2008, is amended as follows:

1. The date set previously for counsel to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial, previously set for April 29, 2009, shall be extended to a date 14 days later, May 13, 2009;

2. The date set previously for counsel to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject, set previously for May 19, 2009, shall be extended to a date 14 days later, June 2, 2009.

3. The date set previously for completing expert discovery, June 16, 2009, shall be extended to a date 14 days later, June 30, 2009.

4. All other dates shall remain the same.

Dated: April 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

914803.1 9959.012 - 4 -

STIPULATION AND ORDER TO AMEND EXPERT DISCLOSURE DEADLINES