# UNITED STATES DISTRICT COURT

## Eastern District of California

## Sacramento Division

| | |
|---|---|
| RICK EATON,<br><br>         Plaintiff,<br><br>    vs.<br><br>MARK J. SIEMENS an individual and in his capacity as Chief of Police, CARLOS A. URRUTIA an individual and in his capacity as City Manager, CITY OF ROCKLIN, a public municipality and public entity<br><br>         Defendants. | No. 2:07-cv-00315-FCD-KJM<br><br><br>**ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED that pursuant to FRCP, Rule 6(b)(1)(A), Plaintiff is hereby granted an extension to file his Opposition to Defendant's Motion for Summary Judgment to **August 21, 2009**. Defendant's Reply in support of their Motion for Summary Judgment will be **September 9, 2009**.

Date:   August 4, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE