BRUCE A. SCHEIDT, State Bar No. 155088
bscheidt@kmtg.com
RONALD J. SCHOLAR, State Bar No. 187948
rscholar@kmtg.com
CHRISTOPHER ONSTOTT, State Bar No. 225968
constott@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     (916) 321-4500
Facsimile:      (916) 321-4555

Attorneys for Defendants
MARK J. SIEMENS, CARLOS A. URRUTIA, and CITY OF ROCKLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICK EATON,<br><br>             Plaintiff,<br><br>v.<br><br>MARK J. SIEMENS, an individual and in his capacity as Chief of Police, CARLOS A. URRUTIA, an individual and in his capacity as City Manager, CITY OF ROCKLIN, a public municipality and public entity,<br><br>             Defendants. | CASE NO.  2:07-cv-00315-FCD-KJM<br><br>**ORDER RE: EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR AND TO SPECIALLY SET DEFENDANTS' MOTION FOR STAY PENDING APPEAL**<br><br>[Local Rule 144(e)]<br><br>Ctrm.:    2<br>**The Honorable Frank C. Damrell**<br><br>**PRETRIAL CONF.:** January 22, 2010<br>**TRIAL DATE:** March 23, 2010 |

Defendants MARK J. SIEMENS, CARLOS A. URRUTIA and CITY OF ROCKLIN ("Defendants") ex parte application for an order shortening time to hear and to specially set Defendants' Motion for a Stay Pending Appeal having been duly considered by the Court, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that time is hereby shortened and Defendants' Motion for a Stay Pending Appeal be set for hearing in Courtroom 2 of the United States District Court, located at 501 "I" Street, Sacramento, California, before The Honorable Frank C. Damrell,

1  Jr. on January 29, 2010 at 10:00 a.m.

2  **IT IS FURTHER ORDERED** that Defendants' Motion for a Stay Pending
3  Appeal which is attached as Exhibit B to Defendants' Ex Parte Application to Shorten Time is
4  deemed filed effective December 31, 2009 and need not be refiled.

5  Plaintiff's opposition to the Motion for a Stay Pending Appeal shall be filed and
6  served no later than January 15, 2010.

7  Defendants' reply to Plaintiff's opposition the Motion for a Stay Pending Appeal
8  shall be filed and served no later than January 22, 2010.

9  **As a result of this order, the Court VACATES the Final Pretrial Conference**
10  **set for January 22, 2010.  The parties are not required to file a joint final pretrial**
11  **conference statement at this time.  The Court will reset the Final Pretrial Conference, if**
12  **necessary, in its order ruling on Defendants' Motion for a Stay Pending Appeal.**

13  **IT IS SO ORDERED.**

15  Date: January 4, 2010

16  _____
    FRANK C. DAMRELL, JR.
17  UNITED STATES DISTRICT JUDGE

- 2 -                                            2:07-cv-00315-FCD-KJM

ORDER RE: EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR
AND TO SPECIALLY SET DEFENDANTS' MOTION FOR STAY PENDING APPEAL